```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611009908
Cashier ID: almaceh
Transaction Date: 08/29/2007
Payer Name: LAMONT JOHNSON
------------------------------
WRIT OF HABEAS CORPUS
 For: LAMONT JOHNSON
 Amount:       $5.00
------------------------------
CASH
 Amt Tendered: $5.00
------------------------------
Total Due:     $5.00
Total Tendered: $5.00
Change Amt:    $0.00

C07-4483 SI (PR)


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```