# PROOF OF SERVICE BY U.S. MAIL

Case No. C 07-4483 SF

Re: *Lamont Sterling Johnson v. Robert Horel, Warden*

I am employed in the County of Contra Costa, California. I am over the age of eighteen years and not a party to the within action. My business address is 54 Railroad Avenue, Point Richmond, California 94801.

On the date subscribed below, I deposited in the United States mail box the following document(s):

### PETITION FOR A WRIT OF HABEAS CORPUS

Before I deposited the above-described documents in the United States mail box, I placed them in a sealed envelope addressed as follows:

Robert Horel, Warden
Pelican Bay State Prison
5905 Lake Earl Drive
P.O. Box 7000
Crescent City, CA 95531-7000

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 25, 2007, at Pt. Richmond, California.

*[signature]*
ESTHER PRECIADO