**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
MAY 29 2008

CV-07-4483 PJH
(OSC-DOCS 5+6)

Sent To: Robert HOREL Warden-PBSP
Street, Apt. No.; or PO Box No.: PO BOX 7000
City, State, ZIP+4: Crescent City, CA 95531-7000

7006 0810 0001 9709 2752

PS Form 3800, June 2002     See Reverse for Instructions

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

MAY 29 2008

07-4483 PJH (ax)
(docs 5+6)

Sent To: State Attorney General's Office
Street, Apt. No.; or PO Box No.: 455 Golden Gate Avenue, Suite 11000
City, State, ZIP+4: San Francisco, CA 94102

7006 0810 0001 9709 2743

PS Form 3800, June 2002                    See Reverse for Instructions