**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Salvador Flores*
☐ Agent
☑ Addressee

B. Received by (Printed Name): SAL Flores
C. Date of Delivery: 6-9-0?

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0001 9709 2743

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540