1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  SHARON G. BIRENBAUM
   Deputy Attorney General
6  State Bar No. 94925
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: 415 703-5870
8   Fax: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LAMONT STERLING JOHNSON,** | C 07-4483 PJH  (PR) |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

Pursuant to Civil L.R. 6-1(b), respondent requests a 60-day extension of time, to and including September 26, 2008, in which to file the answer to petition for writ of habeas corpus pursuant to this Court's order to show cause filed May 29, 2007. The application is based on the file in this case and the attached declaration of Sharon G. Birenbaum.

///

///

///

APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER -*Johnson v. Horel*, No. C 07-4483 PJH

1

WHEREFORE, respondent respectfully requests that this Court grant an extension of time, to and including September 26, 2008, in which to file the answer.

Dated: July 15, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Sharon G. Birenbaum
SHARON G. BIRENBAUM
Deputy Attorney General

Attorneys for Respondent

APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER -*Johnson v. Horel*, No. C 07-4483 PJH

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Johnson v. Horel**

No.:    **C 07-4483 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>July 15, 2008</u>, I served the attached

**APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**[PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Lamont Sterling Johnson
V-01262
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531-7500

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 15, 2008, at San Francisco, California.

|           M. Argarin           |         /s/ M. Argarin         |
| :----------------------------: | :----------------------------: |
|           Declarant            |           Signature            |

pos2.wpd