1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  SHARON G. BIRENBAUM
   Deputy Attorney General
6  State Bar No. 94925
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5870
8    Fax: (415) 703-1234
     Email: sharon.birenbaum@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LAMONT STERLING JOHNSON,** | C 07-4483 PJH (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

SHARON G. BIRENBAUM declares under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am responsible for the preparation and filing of an answer to the Petition for Writ of Habeas Corpus.

2. On May 29, 2008, this Court filed the Order to Show Cause, which requires respondent to file an answer and relevant trial transcripts within 60 days.

3. Petitioner was convicted of special circumstance first degree murder and robbery. He was sentenced to a four year determinate term for robbery, with a consecutive term of life without possibility of parole for the special circumstance murder.

4. Since receiving this Court's order, I have filed respondent's briefs in the state Court of Appeal in *People v. Bradford*, A116899, a murder case with a voluminous record (about 2,600

1 pages of clerk and reporter's transcript) and in which defendant raised numerous issues on appeal, *People v. Cabonce*, A117286, and *People v. Myers*, A114474.

5. Before I can turn my attention to the instant case, I must complete and file respondent's briefs in *People v. Gomez*, H031770, *People v. Walton*, A117488, *People v. Mitchell*, A117489, and *People v. Sifuentiz*, H032440. The defendants in these cases filed their opening briefs before this court issued its order to show cause. I must also file an answer to petition for writ of habeas corpus in the state Court of Appeal in *In re Chandler*, A120431, a murder and attempted murder case in which petitioner raises numerous issues in a 95 page petition, and in federal district court in *Brown v. Malfi*, C 06-7140 CRB, in which petitioner raises 19 issues and the order to show cause issued before the order to show cause in the instant case. I must file appellee's brief in the Ninth Circuit Court of Appeals in *Morales v. Campbell*, No. 08-16294. Finally, I must prepare for oral argument in *People v. Facen*, A118572, which is on the July 24, 2006, calendar.

6. Petitioner raises 14 issues. The record is voluminous, consisting of **24,727 PAGES OF CLERK'S AND REPORTER'S TRANSCRIPT.** It will therefore take a substantial amount of time to review and answer the petition, and prepare the relevant record.

7. I have not contacted petitioner. He is representing himself and is currently incarcerated in state prison.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on July 15, 2008.

                                       /s/ Sharon G. Birenbaum
                                       SHARON G. BIRENBAUM
                                       Deputy Attorney General