UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lamont Sterling Johnson,<br><br>    Petitioner,<br><br>    v.<br><br>Robert Horel, Warden of Pelican Bay State Prison,<br><br>    Respondent | Case No. 3:07-cv-004483 PJH<br><br>APPLICATION FOR APPOINTMENT OF COUNSEL |

    My name is Lamont Sterling Johnson. I am a prisoner in state custody, sentenced to life without possibility of parole. I was convicted and sentenced in the Contra Costa County Superior Court.

    I was tried and I am being held in violation of my federal constitutional rights. The attorney who represented me in my most recent state court proceeding in connection with my conviction and sentence has informed me that she is unable to represent me in federal habeas corpus proceedings. I am indigent and have substantially no assets. I hereby request that the Court appoint an attorney to represent me in my habeas corpus case in this Court.

    I have filed the following application for relief with respect to my conviction and sentence: Petition for Writ of Habeas Corpus, Case No. 3:07-cv-004483 PJH.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9 - 8 - , 2008    Respectfully submitted,

                                          Lamont Sterling Johnson

Lamont S. Johnson #V01262
Pelican Bay State Prison
A-2-3
P.O. Box 7500
Crescent City, CA. 95532

} LEGAL MAIL {

PELICAN BAY
G.P. UNIT A-4

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



UNITED STATES POSTAGE
02 1M
0004217666
MAILED FROM ZIPCODE 95531
$00.000
AUG 11 2008
USA FIRST-CLASS FOREVER

CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

9410233661 0004

LEGAL MAIL

8-10-08

PBSP