UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT STERLING JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT HOREL et al,<br><br>        Defendant. | Case Number: CV07-04483 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamont Sterling Johnson V-01262
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531-7500

Dated: August 18, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk