EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
SHARON G. BIRENBAUM
Deputy Attorney General
State Bar No. 94925
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: 415 703-5870
  Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LAMONT STERLING JOHNSON,** | C 07-4483 PJH (PR) |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

     Pursuant to Civil L.R. 6-1(b), respondent requests a 60-day extension of time, to and including November 25, 2008, in which to file the answer to petition for writ of habeas corpus pursuant to this Court's order to show cause filed May 29, 2007. The application is based on the file in this case and the attached declaration of Sharon G. Birenbaum.

///

///

///

APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER -*Johnson v. Horel*, No. C 07-4483 PJH

1

1    WHEREFORE, respondent respectfully requests that this Court grant an extension

2 of time, to and including November 25, 2008, in which to file the answer.

3    Dated: September 15, 2008

4    Respectfully submitted,

5    EDMUND G. BROWN JR.
Attorney General of the State of California

6    DANE R. GILLETTE
Chief Assistant Attorney General

7    GERALD A. ENGLER
Senior Assistant Attorney General

8

9    PEGGY S. RUFFRA
Supervising Deputy Attorney General

10

11    /s/ Sharon G. Birenbaum
SHARON G. BIRENBAUM

12    Deputy Attorney General

13    Attorneys for Respondent

APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER -*Johnson v. Horel*, No. C 07-4483 PJH

2