EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
SHARON G. BIRENBAUM
Deputy Attorney General
State Bar No. 94925
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-5870
 Fax: (415) 703-1234
 Email: sharon.birenbaum@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LAMONT STERLING JOHNSON,** <br><br> Petitioner, <br><br> v. <br><br> **ROBERT HOREL, Warden,** <br><br> Respondent. | C 07-4483 PJH (PR) <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

SHARON G. BIRENBAUM declares under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am responsible for the preparation and filing of an answer to the Petition for Writ of Habeas Corpus.

2. On May 29, 2008, this Court filed the Order to Show Cause, which requires respondent to file an answer and relevant trial transcripts within 60 days.

3. Petitioner was convicted of special circumstance first degree murder and robbery. He was sentenced to a four year determinate term for robbery, with a consecutive term of life without possibility of parole for the special circumstance murder.

4. Respondent has received one 60-day time extension. The answer is now due on September 26, 2008.

Declaration In Support Of Time Extension Request - *Johnson v. Horel*, No. C-4483 PJH (PR)

1

5. Since receiving the extension of time, I have filed respondent's briefs in *People v. Gomez*, H031770, *People v. Walton*, A117488, *People v. Mitchell*, A117489, and *People v. Sifuentiz*, H032440. The defendants in these cases filed their opening briefs before this court issued its order to show cause. I filed points and authorities in opposition to petition for writ of mandate/prohibition in *Garcia v. Superior Court*, H033111. I also prepared for oral argument in the state Court of Appeal in *People v. Monteverde*, H031351, which was heard on August 14.

6. Before I can turn my attention to the instant case, I must complete and file an answer to petition for writ of habeas corpus in the state Court of Appeal in *In re Chandler*, A120431, a murder and attempted murder case in which petitioner raises numerous issues in a 95 page petition which is to be heard in conjunction with her direct appeal, and appellee's brief in the Ninth Circuit Court of Appeals in *Morales v. Campbell*, No. 08-16294.

7. Petitioner raises 14 issues. The record is voluminous, consisting of 24,727 pages of clerk's and reporter's transcript. It will therefore take a substantial amount of time to review and answer the petition, and prepare the relevant record.

8. I have not contacted petitioner. He is representing himself and is currently incarcerated in state prison.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on September 15, 2008.

/s/ Sharon G. Birenbaum
SHARON G. BIRENBAUM
Deputy Attorney General

Declaration In Support Of Time Extension Request - *Johnson v. Horel*, No. C-4483 PJH (PR)

2