IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LAMONT STERLING JOHNSON,** | C 07-4483 PJH (PR) |
| Petitioner, | **[PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **ROBERT HOREL, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that the time within which respondent is to answer the petition for writ of habeas corpus and provide the relevant state record shall be extended 60 days, to and including November 25, 2008.

DATED: _____

PHYLLIS J. HAMILTON
United States District Judge

PROPOSED ORDER - *Johnson v. Horel*, No. C 07-4483 PJH (PR)