UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAMONT STERLING JOHNSON,

    Petitioner,

vs.

ROBERT HOREL, Warden,

    Respondent.

_____/

No. C 07-4483 PJH

**ORDER RE: BRIEFING**

    The court has received and reviewed petitioner's March 29, 2011 motion for relief from judgment, and is inclined to grant the motion. However, to the extent that respondent has any opposition, the court will permit respondent an opportunity to respond. Any opposition must be filed and served **no later than Friday April 8, 2011.**

    **IT IS SO ORDERED.**

Dated: April 1, 2011

                          PHYLLIS J. HAMILTON
                          United States District Judge