**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

LAMONT STERLING JOHNSON,

        Petitioner,

  vs.

ROBERT HOREL, Warden,

        Respondent.

_____/

No. C 07-4483 PJH (PR)

**JUDGMENT**

    The court having granted Johnson's request for relief from judgment and having again denied the petition for a writ of habeas corpus on April 18, 2011, judgment is entered in favor of respondent and against petitioner.

    **IT IS SO ORDERED.**

Dated: April 18, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court

For the Northern District of California

2